UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80066-CR-HURLEY/HOPKINS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RICHARD EVAN REISMAN,
    Defendant.
-------------------------------------------/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 130]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Monday, May 16, 2011,** at **2:30 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 6th day of May, 2011.

**copy furnished:**
AUSA Emalyn H. Webber
Jason W. Kreiss, Esq.
United States Marshal's Service
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge